UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUVAL CHAMBERLAIN a/k/a D.CHAMBERZ and KENLEY CARMENATE a/k/a KASS THE PRODUCER,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOLO ENTERTAINMENT, INC., ISIS NAIJA GASTON a/k/a ICE SPICE, EPHREM LOPEZ, JR. a/k/a RIOT a/k/a RIOTUSA, TENTHOUSAND PROJECTS, LLC a/k/a 10K PROJECTS, and UMG RECORDINGS, INC. d/b/a UNIVERSAL MUSIC GROUP,<br><br>*Defendants*. | Case No. 1:24-cv-00349-NCM-PK |

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for Plaintiffs Duval Chamberlain a/k/a D.Chamberz and Kenley Carmenate a/k/a Kass the Producer ("Plaintiffs"), on the one hand, and Defendants Dolo Entertainment, Inc., Isis Naija Gaston a/k/a Ice Spice, Ephrem Lopez, Jr. a/k/a Riot a/k/a RiotUSA, TenThousand Projects, LLC a/k/a 10K Projects and UMG Recordings, Inc. d/b/a Universal Music Group ("Defendants"), on the other, that pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is hereby dismissed with prejudice, with each party to bear his, her or its own costs, attorneys' fees and expenses.

This stipulation may be executed in counterparts which, together, shall constitute one and the same fully executed stipulation and may be filed by either party without further notice. For the purposes of this stipulation, copies of signatures, transmitted electronically, shall suffice to render this stipulation effective and binding.

1

Dated: New York, New York
September 20, 2024

Respectfully submitted,

McLaughlin & Stern, LLP

*(signature)*

_____
Chester R. Ostrowski
*costrowski@mclaughlinstern.com*
260 Madison Avenue
New York, New York 10016
Telephone: (212) 448-1100

*Attorneys for Plaintiffs*

Pryor Cashman LLP

*(signature)*

_____
Ilene S. Farkas
*ifarkas@pryorcashman.com*
Donald S. Zakarin
*dzakarin@pryorcashman.com*
Susannah G. Price
*sprice@pryorcashman.com*
7 Times Square
New York, New York 10036
Telephone: (212) 421-4100

*Attorneys for Defendants*